In the Matter of the Arbitration between TUGEE LACES, INC., Appellant, and MARY MUFFET, INC., Respondent.

Argued March 17, 1948; decided April 22, 1948.

*Samuel Rubin* and *Sylvan H. Elias* for appellant.
*Robert R. Bruce* and *Andrew M. Calamari* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.